**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

MATTHEW CATE,
                    *Petitioner,*

v.

UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA, SAN JOSE,
                    *Respondent,*

MICHAEL ANGELO MORALES and
ALBERT GREENWOOD BROWN,
          *Real Parties in Interest.*

No. 10-72977

ORDER

Filed September 29, 2010

Before: Andrew J. Kleinfeld, M. Margaret McKeown, and
Raymond C. Fisher, Circuit Judges.

_____

**ORDER**

The State's Motion for Voluntary Dismissal of Petition for
Writ of Mandamus is granted.

16765